**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 5:26-cv-02023-KES                                Date: April 23, 2026

Title:  DEYLIN MASIEL MORAZAN CENTENO v. MARKWAYNE MULLIN, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PETITIONER: | ATTORNEYS PRESENT FOR RESPONDENTS: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):        Order Denying TRO Application (Dkt. 4)

On April 21, 2026 ("Petitioner") filed a counseled Petition for a Writ of Habeas Corpus ("Petition" at Dkt. 1) and Application for Temporary Restraining Order ("TRO Application" at Dkt. 4).

IT IS HEREBY ORDERED that the TRO Application is **denied**.  The Court has already set an expedited briefing schedule for the Petition.  (Dkt. 7.)  "Applications for temporary restraining orders should be reserved for cases where the petitioner alleges imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule."  Central District of California General Order 26-05 ¶ 3.[1]  Petitioner has not made such a showing in this case.

Initials of Deputy Clerk jd

---

[1] https://www.cacd.uscourts.gov/sites/default/files/general-orders/GO%2026-05.pdf