JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DEYLIN MASIEL MORAZAN CENTENO,

        Petitioner,

   v.

MARKWAYNE MULLIN, et al.,

        Respondents.

Case No. 5:26-cv-02023-KES

**JUDGMENT**

IT IS HEREBY ADJUDGED that Ground 1 of the Petition is GRANTED, and Ground 2 is DENIED as moot.

DATED: May 19, 2026

_____

Hon. Karen E. Scott
UNITED STATES MAGISTRATE JUDGE